UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Monica Faye Barnes**                                              Docket No. 5:23-CR-94-2D

**Petition for Action on Supervised Release**

COMES NOW Orlando M. Roberts, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Monica Faye Barnes, who, upon a finding of guilty by a jury to Conspiracy to Commit Wire Fraud, in violation of 18 U.S.C. §§ 1349 and 1343, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on July 28, 2023, to the custody of the Bureau of Prisons for a term of 366 days. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Monica Faye Barnes was released from custody on May 3, 2024, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

As a condition of the original Judgment and Commitment Order entered on July 28, 2023, the court ordered that any balance of the special assessment and restitution still owed at the time of release shall be paid in installments of $200 per month to begin 60 days after the defendant's release. Since her release, the defendant has been inconsistent with her monthly payments and has only paid $75 towards her restitution. She has arrearage of $2,725. This delinquency has consistently been addressed with the defendant, and she recently reached out requesting her monthly payment obligation be reduced due to financial hardship because of losing her job. After reviewing her financial status and providing suggestions for reducing her cash outflow, it is respectfully recommended that her monthly installments be reduced to $50 until she regains employment and her financial status improves.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall pay the balance of the restitution still owed in installments of $50 per month beginning on October 1, 2025.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ David W. Leake<br>David W. Leake<br>Supervising U.S. Probation Officer | /s/ Orlando M. Roberts<br>Orlando M. Roberts<br>U.S. Probation Officer<br>310 New Bern Avenue, Room 610<br>Raleigh, NC 27601-1441<br>Phone: 252-508-3055<br>Executed On: August 27, 2025 |

Monica Faye Barnes
Docket No. 5:23-CR-94-2D
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __27__ day of __August__, 2025, and ordered filed and made a part of the records in the above case.

__/s/ J. Dever__
James C. Dever III
U.S. District Judge